

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2020

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

May 11, 2020

**APPLICATION GRANTED:** Defendant's deadline to the file administrative record is hereby extended to **August 13, 2020.** A copy of this endorsement has been mailed by Chambers to the Pro se Plaintff.

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
05/12/2020

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Diana C. Vidal o/b/o Chanel Vidal v. Saul
     20 Civ. 1004 (ER) (KHP)

Dear Judge Parker:

The administrative record is due to be filed in the above-referenced Social Security case on May 13, 2020.  We write respectfully to request that the time to file the record be adjourned for 90 days, until August 13, 2020.  The reason for this request is that due to the pandemic, almost all Social Security Administration employees are teleworking, and because the record is this case is a paper record, it cannot be prepared remotely.  We have explained this to the plaintiff, who is proceeding *pro se*, but she has not agreed to the adjournment request, stating that she does not want to delay her case.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:       s/ *Susan D. Baird*
          SUSAN D. BAIRD
          Assistant United States Attorney
          tel. (212) 637-2713
          Susan.Baird@usdoj.gov

cc: <u>By Mail and Email</u>

Diana C. Vidal
2505 Aquaduct Avenue, Apt. 3H
Bronx, NY 10468

RVidal1973@gmail.com