

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

August 10, 2020

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  Diana C. Vidal o/b/o Chanel Vidal v. Saul
           20 Civ. 1004 (ER) (KHP)

Dear Judge Parker:

    The administrative record is due to be filed in the above-referenced Social Security case on August 13, 2020. We write respectfully to request that the time to file the record be adjourned for 60 days, until October 13, 2020. The reason for this request is that due to the pandemic, almost all Social Security Administration ("SSA") employees are teleworking, and because the record is this case is a paper record, it cannot be prepared remotely. SSA has advised us that when it is safe for personnel to return to their offices, they will prioritize preparation of records based on receipt dates, with the oldest receipt dates processed first, and that it continues to explore all options available to complete preparation of records during the pandemic.

    We have explained the reason for the delay to the plaintiff, who is proceeding *pro se*, but she has not agreed to the adjournment request, stating that it is not her issue that SSA is not prepared despite the virus. One prior adjournment was granted in this case.

> **APPLICATION GRANTED:** Defendant's deadline to the file administrative record is hereby extended to <u>October 13, 2020.</u> The Clerk of Court is requested to mail a copy of this endorsement Pro se Plaintff.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 08/10/2020

We appreciate the Court's consideration of this request.

>                    Respectfully,
>
>                    AUDREY STRAUSS
>                    Acting United States Attorney
>
>
> By:       s/  *Susan D. Baird*
>                    SUSAN D. BAIRD
>                    Assistant United States Attorney
>                    tel. (212) 637-2713
>                    Susan.Baird@usdoj.gov

cc:    <u>By Mail and Email</u>

Diana C. Vidal
2505 Aquaduct Avenue, Apt. 3H
Bronx, NY 10468

RVidal1973@gmail.com