

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

December 11, 2020

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  Diana C. Vidal o/b/o Chanel Vidal v. Saul
          20 Civ. 1004 (JPC) (KHP)

Dear Judge Parker:

    The administrative record is due to be filed in the above-referenced Social Security case by December 14, 2020.  We write respectfully to request that the time to file the record be adjourned for 60 days, until February 12, 2021.  As explained in the enclosed declaration of Lesha Cowell, the Chief of Court Case Preparation and Review Branch 4, of the Social Security Administration's ("SSA's") Office of Appellate Operations, the COVID 19 pandemic has severely affected SSA's ability to prepare records in paper cases.  The paper file for this case was in a National Records Center, which has limited in-person staffing due to the pandemic.  While most SSA employees are teleworking, paper files cannot be handled remotely, and SSA has only a few employees reporting to the office on a rotational basis to prepare these files and complete in-office work for electronic records.  As described in the enclosed declaration, SSA is continuing to take steps to reduce the backlog of administrative records to be prepared.  We recognize that multiple extensions has been granted in this case, and we continue to work with SSA to address the backlog of cases.

    We have explained the reason for the delay to the plaintiff, who is proceeding *pro se*, but she has not agreed to the adjournment request, stating that SSA has had enough time to prepare the record.  Three prior adjournments were granted in this case.

**APPLICATION GRANTED:** Defendant's deadline to the file administrative record is hereby extended to February 12, 2021. The Clerk of Court is requested to mail a copy of this endorsement Pro se Plaintff.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/11/2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

MEMO ENDORSED

We appreciate the Court's consideration of this request.

                    Respectfully,

                    AUDREY STRAUSS
                    Acting United States Attorney

By:      s/ *Susan D. Baird*
            SUSAN D. BAIRD
            Assistant United States Attorney
            tel. (212) 637-2713
            Susan.Baird@usdoj.gov

Enc.
cc:    By Mail and Email

      Diana C. Vidal
      2505 Aquaduct Avenue, Apt. 3H
      Bronx, NY 10468

      RVidal1973@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DIANA C. VIDAL o/b/o C.V.,

                             Plaintiff,

            - against -

ANDREW SAUL, Commissioner of Social
Security,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: 20 Civ. 1004 (JPC) (KHP)

: DECLARATION OF
:   LESHA COWELL

I, LESHA COWELL, Chief of Court Case Preparation and Review Branch 4, of the Social Security Administration's Office of Appellate Operations ("OAO"), declare and state as follows:

1) Under direct delegation from the Commissioner of Social Security, the Office of Hearings Operations ("OHO") administers a nationwide hearings program, and OAO administers a nationwide appeals program.

2) I am responsible for the processing of claims under Titles II and XVI of the Social Security Act, as amended, whenever a civil action has been filed in the Second, Fifth and Eighth judicial circuits. This includes preparing certified administrative records (CARs) for Federal court review.

3) Beginning in mid-March, the Social Security Administration restricted physical access to our buildings because of the COVID-19 pandemic, including OAO's office in Falls Church, Virginia. Because CARs for which the claims file is kept in paper, rather than electronically, are primarily prepared in the office, the pandemic has dramatically reduced our ability to prepare CARs for paper cases.

4) OAO's current backlog of court cases in need of CARs includes paper claims files. These claims files may be kept in paper because the claim originated before the inception

of the electronic disability folders or because the claim involves something other than disability.

5) The COVID-19 pandemic has disrupted OAO's normal procedures for preparation of a CAR from a paper claims file. For example, this claims file was off-site at a National Records Center, a location that has limited in-person staffing due to the pandemic. Thus, it may take several weeks for a paper claims file to arrive in the OAO's office. Also, creating the CAR normally requires the in-person labor of photocopying or scanning each page of evidence in the paper file. This task takes many hours for a typical case and can only be done in the OAO's office, where the records can be kept confidential with agency photocopying and scanning equipment.

6) OAO has taken steps to address these issues and restart the preparation of CARs from paper claims files. For example, OAO staff have implemented a new tracking system for these cases to ensure files stored in remote locations have been appropriately ordered during the pandemic and monitored for action upon receipt. OAO newly implemented a process that allows teleworkers to assemble CARs on these cases after employees in the office have scanned and saved the exhibits from the paper case folders.

7) The OAO has only a few employees reporting to the office on a rotational basis at this time, and they are striving to prepare both paper CARs as well as to complete the in-office work for electronic CARs, all of which total more than 10,200 cases waiting to be processed.

8) The OAO will continue to request additional files from off-site locations and prepare CARs, but we expect to complete them at a slower pace than normal due to the delays in receiving paper files during the pandemic and limited rotation of staff into the office for health and safety reasons.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated December  11 , 2020                    /s/ *Lesha Cowell*

                                                                LESHA COWELL