```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
Diana C. Vidal,                                              :
                                                             :
                          Plaintiff,                         :
                                                             :
            -against-                                        :
                                                             :
Commissioner of Social Security,                             :
                                                             :
                          Defendant.                         :
                                                             :
-------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/19/2021

**ORDER**
**IN SOCIAL SECURITY CASE**

20-cv-1004 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

Pursuant to Defendant's request at ECF No. 26, the Court ordered that if the Plaintiff did not cooperate in filing her portion of the joint stipulation, the government may file its portion with the Court and indicate that Plaintiff refused to cooperate.  Plaintiff then requested that the New York Legal Assistance Group Clinic be added as an interested party. (ECF No. 27.) However, since then, the Court has not received either parties' portions of the Joint Stipulation and the Court has not been asked for permission to grant any extensions.  Accordingly, and in light of Plaintiff's *pro se* status, the Court is sua sponte extending the time to file and directs the parties to file the joint stipulation by August 27, 2021.  No further extensions will be granted absent good cause.

SO ORDERED

Dated: July 19, 2021
       New York, New York

*Katharine H Parker*

        KATHARINE H. PARKER
United States Magistrate Judge