UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIANA C. VIDAL, on behalf of Chanel Vidal,

                    Plaintiff,                    20 **CIVIL** 1004 (JPC)(KHP)

    -v-                                **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated November 29, 2021, the Commissioner's motion (ECF No. 29.) is DENIED and this case is REMANDED for further proceedings consistent with the opinion. Additionally, Plaintiff's request that the Court grant leave to amend her complaint (ECF No.34.) is DENIED as moot in light of the remand.

**Dated:**  New York, New York
           November 29, 2021

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                             **BY:**
                                                                   **Deputy Clerk**